OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small>
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

December 20, 2022

Scott A. Bradley
Office of Attorney General of Pennsylvania
Appellate Litigation Section
1251 Waterfront Place
Pittsburgh, PA 15222

Sarah J. Simkin
Office of Attorney General of Pennsylvania
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222

RE: Oracio Sanchez, Jr. v. Ulli Klemm, et al
Case Number: 22-3171
District Court Case Number: 2-19-cv-01429

Dear Counsel:

Pursuant to our docketing letter dated **November 17, 2022**, you were requested electronically file or complete the following in the above-entitled case:

**Appearance Form**

The above listed forms must be completed within **fourteen (14) days** of the date of this letter. **If the forms are not filed within the time stated, it will be presumed that you do not wish to participate in the appeal(s). You will receive no further notice of any action in the appeal(s), including issuance of a briefing schedule.**

Very truly yours,
Patricia S. Dodszuweit, Clerk


By: s/ Shannon
Case Manager
267-299-4959

cc:　　Oracio Sanchez Jr.