# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

ORACIO SANCHEZ,

    Plaintiff-Appellant,

v.

ULLI KLEMM, et al.,

    Defendants-Appellees.

No. 22-3171

## UNOPPOSED MOTION TO BE APPOINTED AS *PRO BONO* COUNSEL

Daniel M. Greenfield, Esq., hereby respectfully requests that this Court appoint him and Brendan Bernicker, Esq., as *pro bono* counsel for Mr. Sanchez. In support of this motion, Mr. Greenfield states as follows:

1. Appellant Oracio Sanchez is currently litigating this appeal *pro se*.

2. Mr. Sanchez filed a motion for appointment of counsel, which has been referred to a motions panel for decision but remains pending.

3. On April 3, 2023, this Court determined that "it would be inappropriate to submit this appeal to a panel of the Court for determination under 28 U.S.C. § 1915(e)(2), or possible summary action under Third Circuit L.A.R. 27.4 and I.O.P. 10.6, at this time."

4. The Court would benefit if Mr. Sanchez had the assistance of counsel in developing and presenting the important issues this case raises.

5. Mr. Greenfield and Mr. Bernicker are attorneys at the Roderick & Solange MacArthur Justice Center (MJC), a national nonprofit law firm.

6. Mr. Greenfield is a member of this Court's bar.

7. Mr. Bernicker is a not a member of this Court's bar, but is a member of the bars of the Supreme Court of Pennsylvania, the District of Columbia Court of Appeals, and the U.S. Courts of Appeals for the First, Second, and Sixth Circuits.

8. Both Mr. Greenfield and Mr. Bernicker have experience representing incarcerated people before U.S. Courts of Appeals, including in cases subject to the Prison Litigation Reform Act.

9. Mr. Greenfield and Mr. Bernicker have offered to represent Mr. Sanchez *pro bono*, and Mr. Sanchez has accepted that offer.

10. Mr. Greenfield and Mr. Bernicker are seeking appointment as *pro bono* counsel, rather than simply entering appearances, to partially offset the cost of undertaking this representation by (1) allowing Mr. Bernicker to be admitted to this Court's bar *pro hac vice*, thus obviating the need for him to pay for bar membership, and (2) allowing for partial reimbursement of costs under this Court's April 2020 Notice to Counsel Appointed in Pro Bono Cases.

11. Appellees' counsel have indicated that they do not oppose this motion.

WHEREFORE, Mr. Greenfield respectfully requests that he and Mr. Bernicker be appointed *pro bono* counsel to Mr. Sanchez in the above-captioned appeal.

Dated: June 27, 2023         Respectfully submitted,

/s/ Daniel M. Greenfield
Daniel M. Greenfield*
Roderick & Solange
 MacArthur Justice Center
501 H St NE, Suite 275
Washington, DC 20002
(202) 869-3434
daniel.greenfield@macarthurjustice.org

*Admitted to the bar of this Court and that of Illinois. Application for admission to the bar of DC pending.

# CERTIFICATE OF COMPLIANCE

I certify that:

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 368 words, excluding the parts of the motion exempted by Fed. R. App. P. 27(a)(2)(B).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionately spaced typeface using Microsoft Word 2019 and Times New Roman 14-point font.

*/s/ Daniel M. Greenfield*
Daniel M. Greenfield

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Daniel M. Greenfield*
Daniel M. Greenfield
