CLD-130

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **22-3171**

ORACIO SANCHEZ, JR., Appellant

　　VS.

ULLI KLEMM; ET AL.

　　(W.D. Pa. Civ. No. 2:19-cv-01429)

Present:　　　FREEMAN, Circuit Judge

　　　　Submitted are:

　　　　1. Appellant's motion for appointment of counsel

　　　　2. Motion by Daniel M. Greenfield, Esq. and Brendan Bernicker, Esq. to be Appointed as Pro Bono Counsel

　　　　in the above-captioned case.

　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　Clerk

_____ORDER_____

Oracio Sanchez, Jr.'s motion for appointment of counsel is granted. See Tabron v. Grace, 6 F.3d 147, 155-57 (3d Cir. 1993); see also 18 U.S.C. § 3626(c)(2)(A).

The motion by Attorneys Greenfield and Bernicker to be appointed as pro bono counsel is also granted.  The Clerk will provide counsel with a reasonable period of time to review the record and then issue a briefing schedule.

By the Court,

s/ Arianna J. Freeman
Circuit Judge

Dated: July 26, 2023
SLC/cc: Oracio Sanchez
　　　　Brendan Bernicker, Esq.
　　　　Daniel Greenfield, Esq.
　　　　Daniel B. Mullen, Esq.